# United States Court of Appeals
## For the First Circuit

No. 99-1888

AVIATORS FOR SAFE AND FAIRER REGULATION, INC.,

Petitioner,

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent.

ERRATA

The opinion of this court issued on July 25, 2000, is amended as follows:

On page 10, line 10, replace the word "nest" with the word "rest".

On page 18, line 1, replace "14 C.F.R. 91" with "14 C.F.R. pt. 91".